IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| HUDSON DAVIS, DEBORAH BURRES, and HANNAH DAVIS, <br>  Plaintiffs, <br> <br> v. <br> <br> AMAZON.COM SERVICES LLC, AMAZON.COM, INC., and THOMAS JACKSON IV, <br>  Defendants. | § § § § § § § § § § § | CASE No. 6:20-cv-01178-ADA-JCM |

# FINAL JUDGMENT

This cause was heard on the merits in a jury trial starting on February 13, 2023, between Plaintiffs Hudson Davis, Deborah Burres, and Hannah Davis and Defendants Amazon.com Services, LLC, Amazon.com, Inc. and Thomas Jackson IV, all parties appearing by counsel. The Court determined that it had jurisdiction over the subject matter and the parties in this case. The Court then impaneled and swore in the jury, which heard the evidence and arguments of counsel, with Judge Jeffrey C. Manske presiding. The Court submitted questions, definitions, and instructions to the jury. In response, on February 17, 2023, the jury made findings that the Court received, filed, and entered of record. Plaintiff moved for entry of judgment on the verdict. Based on the pleadings, evidence, trial record, jury verdict, and the governing law, the Court now enters this final judgment.

1. The Court finds that it has jurisdiction over the parties and the subject matter.

2. The Court finds that Defendant Thomas Jackson, IV had a duty to exercise ordinary care in the operation of the rental motor vehicle he was driving and Mr. Jackson breached

that duty of care, constituting negligence, and was the sole cause of the occurrence in question that forms the basis of this lawsuit and was the proximate cause of the injuries suffered by Plaintiffs.

3. The Court finds that the sum money, if paid now in cash, that would fairly and reasonable compensate Plaintiff Hudson Davis for his injuries that resulted from the occurrence in question to be, One Million One Hundred Ten Thousand Four Hundred Ninety-Eight Dollars and Thirty-Three Cents (**$1,109,498.33**) based on the jury verdict as follows:

| | |
|---|---|
| Reasonable expenses of necessary medical care that, in reasonable probability, Hudson Davis will incur in the future | $75,000.00 |
| Physical pain and mental anguish sustained in the past | $50,000.00 |
| Physical pain and mental anguish that, in reasonable probability, Hudson Davis will sustain in the future | $0.00 |
| Disfigurement sustained in the past | $10,000.00 |
| Disfigurement that, in reasonable probability, Hudson Davis will sustain in the future | $0.00 |
| Physical impairment sustained in the past | $50.000.00 |
| Physical impairment that, in reasonable probability, Hudson Davis will sustain in the future | $200,000.00 |
| Loss of earning capacity sustained in the past | $74,498.33 |
| Loss of earning capacity that, in reasonable probability, Hudson Davis will sustain in the future | $650,000.00 |
| **Total** | **$1,109,498.33** |

4. The Court finds that the sum money, if paid now in cash, that would fairly and reasonable compensate Plaintiff Deborah Burres for her injuries that resulted from the occurrence

in question is Twenty-Six Thousand and No/100 Dollars (**$26,000.00**) based on the jury verdict as follows:

| | |
|---|---:|
| Mental anguish | $5,000.00 |
| Loss of consortium sustained in the past | $3,000.00 |
| Loss of consortium that, in reasonable probability, Deborah Burres will sustain in the future | $5,000.00 |
| Loss of household services sustained in the past | $3,000.00 |
| Loss of household services that, in reasonable probability, Deborah Burres will sustain in the future | $10,000.00 |
| **Total** | **$26,000.00** |

5. The Court finds that the sum money, if paid now in cash, that would fairly and reasonable compensate Plaintiff Hannah Davis for her mental anguish that resulted from the occurrence in question is Five Thousand and No/100 Dollars (**$5,000.00)** based on the jury verdict.

6. The Court finds that at the time of the accident in question, Defendant Thomas Jackson, IV was not in the course and scope of employment with Amazon.com Services LLC and Amazon.com, Inc. Accordingly, the Court hereby enters a take nothing judgment as to Plaintiffs Hudson Davis, Deborah Burres, and Hannah Davis's claims against Amazon.com Services LLC and Amazon.com, Inc.

7. It is **FURTHER ORDERED, ADJUDGED, AND DECREED** that final judgment is entered in favor of Plaintiff Hudson Davis for recovery of actual, compensatory damages against Defendant Thomas Jackson, IV in the amount of $1,109,498.33, plus $24,708.94 in prejudgment interest, and post-judgment interest at a rate of 4.87% per annum.

8. It is **FURTHER ORDERED, ADJUDGED, AND DECREED** that final judgment is entered in favor of Plaintiff Deborah Burres for recovery of actual, compensatory damages

against Defendant Thomas Jackson, IV in the amount of $26,000.00, plus $1,473.18 in prejudgment interest, and post-judgment interest at a rate of 4.87% and per annum.

9. It is **FURTHER ORDERED, ADJUDGED, AND DECREED** that final judgment is entered in favor of Plaintiff Hannah Davis for recovery of actual, compensatory damages against Defendant Thomas Jackson, IV in the amount of actual, compensatory damages $5,000.000, plus $669.63 in prejudgment interest, and post-judgment interest at a rate of 4.87% per annum.

10. It is **FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' $4,953.23 costs of court expended or incurred in this cause are hereby taxed and adjudged against Defendant, Thomas Jackson, IV.

11. It **is FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiffs shall have and take nothing from Amazon.com Services LLC and Amazon.com, Inc.

12. It is **FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States District Court for the Western District of Texas, Waco Division, retains continuing jurisdiction over this action for the purpose of enforcing the terms of this judgment.

13. The Court orders execution to issue for this judgment. This is a FINAL JUDGMENT.

SIGNED this 7th day of March 2023.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE